IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | No. C 14-04682 HRL (PR) |
| Plaintiff, | **ORDER GRANTING FINAL EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |
| v. | |
| KEVIN ALLEN, et al., | |
| Defendants. | |

On October 21, 2014, Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed two In Forma Pauperis ("IFP") Applications which are both deficient because neither included a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official. (Docket Nos. 3 & 4.) On December 2, 2014, the Court granted Plaintiff an extension of twenty-eight days to file a complete IFP application and avoid dismissal of this action. (See Docket No. 6.)

On December 22, 2014, Plaintiff filed additional documents which are insufficient to complete his IFP application because the attached Certificate of Funds in Prisoner's Account was not completely filled-out and the signature is outdated: the signature date indicates "5-8-13." (See Docket No. 7 at 5.)

1   In the interest of justice, Plaintiff is granted a final extension of time to file the
2   necessary document to complete his IFP application. **No later than twenty-eight (28)**
3   **days** from the date this order is filed, Plaintiff shall file a current Certificate of Funds in
4   Prisoner's Account completed and signed by an authorized prison official. **Failure to**
5   **respond in accordance with this order in the time provided shall result in the**
6   **dismissal without prejudice of this action without further notice to Plaintiff.**
7   The Clerk shall enclose two blank Certificate of Funds with a copy of this order to
8   Plaintiff.
9   **IT IS SO ORDERED.**
10  DATED: \_\_\_1/16/15\_\_\_

HOWARD R. LLOYD
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | Case Number: CV14-04682 HRL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KEVIN ALLEN, et al, | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/20/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Anthony Brooks F-63379
Maguire Correctional Facility
300 Bradford Street
Redwood City, CA 94063

Dated: 1/20/2015

P. Cromwell, deputy
Richard W. Wieking, Clerk