IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | No. C 14-04682 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| KEVIN ALLEN, et al., | |
| Defendants. | |

On October 21, 2014, Plaintiff, a state prisoner proceeding <u>pro se</u>, filed a complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed two <u>In Forma Pauperis</u> ("IFP") Applications which were both deficient because neither included a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official. (Docket Nos. 3 & 4.) On December 2, 2014, the Court granted Plaintiff an extension of twenty-eight days to file a complete IFP application and avoid dismissal of this action. (<u>See</u> Docket No. 6.) On January 20, 2015, after Plaintiff filed additional documents that were are also insufficient, (<u>see</u> Docket No. 7), the Court granted Plaintiff a final extension of twenty-eight days to file a proper Certificate of Funds, *i.e.*, no later than February 17, 2015. (Docket No. 8.)

The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed

Order of Dismissal
P:\PRO-SE\HRL\CR.14\04682Brooks_dism-ifp.wpd

the necessary documents to complete his IFP application. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

    The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 2/25/15

HOWARD R. LLOYD
United States Magistrate Judge